UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATWINDER SINGH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>　　　　　Respondents. | CASE NO.  C05-834-MJP-MJB<br><br>ORDER OF TRANSFER TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AS A PETITION FOR REVIEW |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 habeas petition (Dkt. #1), respondents' cross-motion to dismiss (Dkt. #4), all papers and exhibits in support and in opposition to that petition and motion, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　This Court is without jurisdiction to consider petitioner's challenge to his removal order.  Accordingly, this action, including petitioner's pending motion for a stay of removal, is hereby TRANSFERRED to the United States Court of

ORDER
PAGE – 1

Appeals for the Ninth Circuit as a Petition For Review pursuant to Section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13, §§ 101 and 106, 119 Stat. 231 (May 11, 2005).

(3) The Clerk is directed to TERMINATE this case and TRANSFER all pleadings and related documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the Court's electronic file. The Clerk is further directed to send copies of this Order to all counsel of record, and to Judge Benton.

DATED this 3rd day of August, 2005.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER
PAGE – 2